**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, AND APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION and the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS,

                Petitioners,            19 **CIVIL** 11887(PAE)

   -against-            **JUDGMENT**

STATEWIDE RESTORATION OF NEW YORK, INC.,
                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 29, 2020, the Court confirms the Award in favor of petitioners and issues judgment in the amount of $91,069.93, plus post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, this case is closed.

**Dated:**  New York, New York
          May 29, 2020

                               **RUBY J. KRAJICK**
                               _____
                                  **Clerk of Court**
                       By: _____
                                  **Deputy Clerk**